IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GERALD DEMARSH SR. | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:11cv543 |
| v. | § | (consolidated with 4:11cv544) |
| | § | |
| DENTON HOUSING AUTHORITY, | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 22, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that this consolidated action be dismissed without prejudice.

Although Plaintiff filed no objections to the report and recommendation, the court has made a *de novo* review of Plaintiff's Motion for Relief and subsequent brief (*see* Dkts. 10 & 18). The findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiff are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

This consolidated action shall be dismissed without prejudice.

**IT IS SO ORDERED.**

**SIGNED this the 17th day of July, 2012.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE